**Vicente RUIZ–SALAZAR and Juanita Almanza De Ruiz, Petitioners,**

v.

**IMMIGRATION AND NATURALIZA-TION SERVICE, Respondent.**

**No. 74–1489.**

United States Court of Appeals, Fifth Circuit.

July 7, 1975.

Joseph J. Rey, Jr., El Paso, Tex., for petitioners.

William B. Saxbe, Atty. Gen., U. S. Dept. of Justice, Washington, D. C., Frank D. McCown, U. S. Atty., Fort Worth, Tex., Rex Young, John L. Murphy, Attys., Gov. Regulations Sec., Crim. Div., Washington, D. C., District Director, U. S. Dept. of Justice, I. N. S., Dallas, Tex., Troy A. Adams, Jr., Dist. Dir., I. N. S., New Orleans, La.

ON PETITION FOR REHEARING

(Opinion Dec. 13, 1974, 5 Cir., 1974, 505 F.2d 118.)

Before BROWN, Chief Judge, and AINSWORTH and DYER, Circuit Judges.

PER CURIAM:

Deportation of this alien was sought under § 241(a)(1) of the Immigration and Nationality Act, 8 U.S.C.A. § 1251(a)(1), for excludability on the basis of § 212(a)(20), 8 U.S.C.A. § 1182(a)(20). We held that the forgiveness provision, § 241(f), 8 U.S.C.A. § 1251(f), was available and reversed the order of the Board of Immigration Appeals.[1]

As done today in Castro-Guerrero v. INS, on the basis of Reid v. INS, 1975, —— U.S. ——, 95 S.Ct. 1164, 43 L.Ed. 501, we grant rehearing to affirm the order of the Board.

Affirmed.

---

1. Ruiz-Salazar v. INS, 5 Cir., 1974, 505 F.2d 118.